FILED

2013 MAY 24   P 1: 49

RICHARD W. WIEKING
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                          )
                                          )   Case Number:
Adlore Virgil Clarambeau - #174540   CV 13  80  112MISC WHA
                                          )   ORDER TO SHOW CAUSE RE
                                          )   SUSPENSION FROM MEMBERSHIP
                                          )   IN GOOD STANDING OF THE BAR
                                          )   OF THE COURT
                                          )

TO:   Adlore Virgil Clarambeau

You are enrolled as a member of the bar of the Northern District of California. Notice has been received

by the Chief Judge of the United States District Court for the Northern District of California that your

status as a member of the State Bar of California has been modified as follows:

Enrolled as an inactive member pursuant to Section 6007 of the Business and Professions Code and

may not practice law while so enrolled effective April 19, 2013.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim**

**basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before July 5, 2013,** you may file a response to this

Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's

website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be

suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later

restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to

Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after July 5, 2013, absent further order of

this Court.

IT IS SO ORDERED.

Dated:

_____
WILLIAM ALSUP
United States District Judge

5-23-13

*Form updated July 2012*