IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80112 WHA

IN THE MATTER OF

Adlore Virgil Clarambeau – #174540

**ORDER OF SUSPENSION**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/

      Because Adlore Virgil Clarambeau has failed to respond to the order to show cause, Mr. Clarambeau's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE