IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Adlore Virgil Clarambeau – #174540

　　　　　　　　　　　　　　　　　　　　　／

No. C 13-80112 WHA

**ORDER OF SUSPENSION**

　　　Because Adlore Virgil Clarambeau has failed to respond to the order to show cause, Mr. Clarambeau's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE